# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARK ANI, and others similarly situated,

               Plaintiffs,

v.

STYLE TAXI & TRAVEL, INC..; STYLE TAXI, INC., STYLE TRANSPORTATION, INC., LACEY PAUL GROSE, SR., L. PAUL GROSE, JR.; and EDITH S. GROSE,

               Defendants..

CIVIL ACTION FILE

NO. 1:12-cv-0226-SCJ

.                  **J U D G M E N T**

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendants' Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that plaintiff take nothing, that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed without prejudice**.

Dated at Atlanta, Georgia, this 24th day of April, 2013.

               JAMES N. HATTEN
               CLERK OF COURT

          By:    s/Amanda Querrard____
               Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
  April 24, 2013
James N. Hatten
Clerk of Court
By: s/Amanda Querrard____
      Deputy Clerk